1  Garrick L. Gallagher, Esq.
2  Jasmina Richter, Esq.
   SANDERS & PARKS, P.C.
3  3030 North 3rd Street, Suite 1300
   Phoenix, Arizona  85012
4  Tel:   (602) 532-5600
   Fax:   (602) 230-5053
5  E-Mail:  garrick.gallagher@sandersparks.com
                jasmina.richter@sandersparks.com
6
7  Attorneys for Defendant Great American
   Alliance Insurance Company
8
              **IN THE UNITED STATES DISTRICT COURT**
9
                **FOR THE DISTRICT OF ARIZONA**
10
   GREENHEART FARMS, INC.,              Case No.
11
                           Plaintiff,   **NOTICE OF REMOVAL OF**
12                                       **ACTION UNDER 28 U.S.C. §§ 1332**
13      vs.                              **AND 1441(a) (DIVERSITY);**
                                         **VERIFICATION OF JASMINA**
14 GREAT AMERICAN ALLIANCE               **RICHTER**
15 INSURANCE COMPANY, and JOHN
   DOES I-X,
16
                           Defendants.
17
18

19      PLEASE TAKE NOTICE that Defendant Great American Alliance Insurance

20 Company  ("Great American") hereby removes to this Court the state court action

21 described below based on diversity jurisdiction pursuant to 28 U.S.C. §§ 1332(a),

22 1441(a) and (b), and 1446..

23      1.      On June 1, 2018, Plaintiff Greenheart Farms, Inc. ("Greenheart") filed

24 its Complaint in the Superior Court of the State of Arizona, in and for the County of

25 Maricopa, commencing the action captioned *Greenheart Farms, Inc. v. Great*

26 *American Alliance Insurance Company*, Case No. CV2018-004793 (the "State

27 Action").

28      2.      On June 12, 2018 out of state service by certified mail was

accomplished.  Accordingly, this Notice is timely filed under 28 U.S.C. § 1446(b).

3.     Attached as **Exhibit "A"** is a true and correct copy of the Summons and Complaint in the State Action, served on Great American on June 12, 2018.

4.     Attached as **Exhibit "B"** is a true and correct copy of all other documents and filings served on Great American on June 12, 2018.

5.     As explained below, the State Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one that may be removed to this Court by Great American pursuant to 28 U.S.C. § 1441(a), in that it is a civil action between citizens of different states and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

# I.     THIS COURT HAS ORIGINAL JURISDICTION OVER THIS MATTER UNDER 28 U.S.C. § 1332, BASED ON DIVERSITY OF CITIZENSHIP

6.     This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a)(1), because there is complete diversity between Plaintiff and Great American, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

7.     At all relevant times, Greenheart is and was a corporation duly organized and existing under the laws of the State of California, with its principal place of business in Arroyo Grande, California.

8.     At all relevant times, Great American is and was a corporation duly organized and existing under the laws of the State of Ohio, with its principal place of business in Cincinnati, Ohio.

8.     Plaintiff has also named "JOHN DOES I-X," as defendants to this action.  Pursuant to 28 U.S.C. §§ 1441(b)(1), the citizenship of defendants sued under fictitious names (*i.e.*, "DOES") shall be disregarded.

9.     Based on the foregoing, there is complete diversity between the parties and this State Action may be removed to this Court pursuant to 28 U.S.C. §§ 1332 and 1441.

10.     In its Complaint, Greenheart seeks indemnity from Great American with respect to an arbitration award of $1,088,072.47 (the "Award") entered against

Greenheart in favor of Rousseau Farming Co. dba Salt River Farming ("Rousseau") by the American Arbitration Association. (Cmplnt. ¶¶ 12-13.)

11.     The Complaint alleges that Great American defended Greenheart in the arbitration proceeding under Agribusiness Protection Policy No. AGB128094000, but that Great American was estopped from disputing or denying coverage because it did not issue a valid and timely reservation of rights.  (Id. ¶ 14-20.)

12.     The Complaint seeks indemnification of the entire Award, attorneys' fees pursuant to A.R.S. 12-341.01, and punitive damages for Great American's alleged breach of the duty of good faith and fair dealing. (Id. p. 4-5.)

13.     Therefore, Great American is informed and believes that Plaintiff is seeking to recover damages significantly exceeding the $75,000 jurisdictional requirement.

## II.     VENUE

14.      Venue for this removal lies in the United States District Court for the District of Arizona, Phoenix Division, because the State Action filed by Plaintiff is now pending in this judicial district.  *See* 28 U.S.C. § 1441(a).

## III.    ALL OTHER REMOVAL PREREQUISITES HAVE BEEN SATISFIED

15.     Other than "JOHN DOES I-X," Great American is the only defendant named in Plaintiff's Complaint filed in the State Action.

16.     Great American is informed and believes that since the filing of Plaintiff's Complaint on June 1, 2018, no substantive proceedings have taken place in the State Action.

17.     Pursuant to 28 U.S.C. § 1446(a) and Federal Local Rule 3.6, Exhibits "A" and "B" comprise all "process, pleadings and orders" served on Great American in the State Action.

18.     Written notice of the filing of this Notice of Removal will be given to the adverse party as required by 28 U.S.C. § 1446(d).

19.     Upon electronically filing this Notice of Removal in the United States District Court for the District of Arizona, Phoenix Division, a copy of this Notice of

Removal will also be filed with the Clerk of the Superior Court of the State of Arizona, in and for the County of Maricopa, to effect removal of the State Action pursuant to 28 U.S.C. § 1446(d) and Federal Local Rule 3.6.

20.    Removal has been perfected within one year of the commencement of the action as required by 28 U.S.C. § 1446(b).

21.    The allegations of this Notice of Removal are true and correct and this case is within the jurisdiction of the United States District Court for the District of Arizona.

22.    Pursuant to Federal Rules of Civil Procedure Rule 81(c)(2), Great American will file its response to the Complaint within seven (7) days of the filing of this Notice, subject to any extension(s) of time that the parties may mutually agree upon.

WHEREFORE, Great American respectfully requests that the State Action be removed to this Court from the Superior Court of the State of Arizona, in and for the County of Maricopa, as if initially commenced herein.

Dated:  July 11_, 2018                    SANDERS & PARKS, P.C.


                               By:    s/ Jasmina Richter
                                      Garrick L. Gallagher, Esq.
                                      Jasmina Richter, Esq.
                                      Attorneys for Defendant
                                      Great American Alliance Insurance Company


VERIFICATION OF JASMINA RICHTER

I, Jasmina Richter, verify as follows:

1.    I am an active member in good standing of the State Bar of Arizona and Counsel with the law firm of Sanders & Parks, P.C., counsel of record for Defendant Great American Alliance Insurance Company.  I have firsthand knowledge of the matters set forth herein.  I submit this verification pursuant to L.R.Civ. P. 3.6 and Fed. R. Civ. P. 11.

2.    Attached as Exhibit A and B are true and correct copies of all pleadings and other documents filed in the state court civil action originally commenced in the Superior Court of the State of Arizona, in and for the County of Maricopa, entitled Greenheart Farms, Inc. v. Great American Alliance Ins. Co., Case No. CV2018-004793.

I verify that the foregoing is true and correct.

Executed this 11th day of July, 2018 in Phoenix, Arizona.


_____
Jasmina Richter

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

Kurt Hammond
Rudolph & Hammond, LLC
8689 E. San Alberto Dr.
Scottsdale, AZ  85258
kurt@rudolphhammond.com
*Attorneys for Plaintiff*

By:  s/ Zina Seyferth