# EXHIBIT A

RUDOLPH & HAMMOND, LLC
Kurt Hammond, Esq. #012738
8689 E. San Alberto Dr.
Scottsdale, Arizona 85258
(480) 951-9700
kurt@rudolphhammond.com
Attorney for Plaintiff

STATE OF ARIZONA
DEPT. OF INSURANCE
JUN 07 2018
TIME 12:19 pm
SERVICE OF PROCESS

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| GREENHEART FARMS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>GREAT AMERICAN ALLIANCE INSURANCE COMPANY, and JOHN DOES I-X;<br><br>Defendants. | Case No.: CV2018-004793<br><br>**SUMMONS**<br><br>If you would like legal advice from a lawyer, contact the Lawyer Referral Service at<br>602-257-4434<br>or<br>www.maricopalawyers.org<br>Sponsored by the<br>Maricopa County Bar Association |

THE STATE OF ARIZONA TO THE DEFENDANT:

**GREAT AMERICAN ALLIANCE INSURANCE COMPANY**
**DIRECTOR OF INSURANCE**
**2910 NORTH 44th STREET**
**2nd FLOOR**
**PHOENIX, AZ 85018**

**YOU ARE HEREBY SUMMONED** and required to appear and defend, within the time applicable, in this action in this court. If served within Arizona, you appear and defend within 20 days after the service of the Summons and Complaint upon you, exclusive of the day of service. If served out of the State of Arizona -- whether by direct service, by registered or certified mail, or by publication -- you shall appear and defend within 30 days after the service of the Summons and Complaint upon you is complete, exclusive of the day of service. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer to plead until expiration of 40 days after date of such service upon the Director. Service by registered or certified mail within the State of Arizona is complete 30 days after the date of receipt by the party being served. Service by publication is complete 30 days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's Return, RCP 4; ARS Sections 20-222, 28-502, 28-503.

Copies of the pleadings filed herein may be obtained by contacting the Clerk of the Superior Court, Maricopa County, located at 201 W. Jefferson, Phoenix, Arizona.

  YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint. REQUESTS FOR REASONABLE ACCOMMODATION FOR PERSONS WITH DISABILITIES MUST BE MADE TO THE DIVISION ASSIGNED TO THE CASE BY PARTIES AT LEAST THREE JUDICIAL DAYS IN ADVANCE OF A SCHEDULED COURT PROCEEDING.

  YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of the Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the Plaintiffs' attorney. RCP 10(d); ARS Section 12-311, RCP 5.

The name and address of Plaintiffs' attorney is:

  Kurt E. Hammond, Esq.
  **RUDOLPH & HAMMOND, LLC**
  8689 E. San Alberto Dr.
  Scottsdale, Arizona 85258

SIGNED AND SEALED THIS DATE:



By _____
  Clerk

JUN 0 1 2018

By _____ CHRIS DEROSE, CLERK
  Deputy Clerk  A. SUTTON
       DEPUTY CLERK



Acct #982585499
JP Morgan Chase
COPY - Copy Only -
CHRIS DEROSE
Clerk of the Superior Court
Date 06/01/2018 Time 16:50:45
Payment# 44910105
CHRIS DEROSE, CLERK
A. SUTTON
DEPUTY CLERK

**RUDOLPH & HAMMOND, LLC**
Kurt Hammond, Esq. #012738
8689 E. San Alberto Dr.
Scottsdale, Arizona 85258
(480) 951-9700
kurt@rudolphhammond.com
Attorney for Plaintiff

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| GREENHEART FARMS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>GREAT AMERICAN ALLIANCE INSURANCE COMPANY, and JOHN DOES I-X;<br><br>Defendants. | Case No.: CV2018-004793<br><br>**COMPLAINT**<br><br>(Tort – Motor Vehicle) |

Plaintiffs Greenheart Farms, Inc. by and through counsel undersigned, hereby allege as follows:

### BACKGROUND

1. Plaintiffs Greenheart Farms, Inc. ("Greenheart") is a foreign corporation authorized to do business in Maricopa County, State of Arizona.

2. Defendant Great American Alliance Insurance Company ("GAAIC") is a foreign insurer authorized to do business in Maricopa County, State of Arizona.

3. Venue is proper in Maricopa County and the amount of controversy satisfies the jurisdictional requirement of the Maricopa County Superior Court.

4. At all times relevant hereto, Greenheart had in full force and effect an insurance policy with GAAIC, policy number AGB128094000 with liability coverage with a policy limit of $1,000,000.00.

5. In August 2016, Greenheart and Rousseau Farming Co. dba Salt River Farming entered into an agreement entitled "Purchase Agreement with Arbitration Clause" ("Purchase Agreement") pertaining to the purchase of seedlings to be grown in Greenheart's greenhouses.

6. Greenheart provided Rousseau with broccoli and cabbage seedlings

7. Rousseau claimed that seedlings from Greenheart for the 2016-2017 winter vegetable season were affected by a regional outbreak of pesticide resistant Diamondback moths ("DBM's") and Rousseau did not pay Greenheart in full for the seedlings they received.

8. Greenheart filed a claim with the American Arbitration Association for Breach of Contract and other claims seeking damages of $584,331.54.

9. On July 31, 2017 Rousseau filed a Counterclaim against Greenheart for Strict Products Liability, Trespass and Negligent Misrepresentation seeking damages in excess of one million dollars.

10. Greenheart tendered the defense of the Counterclaim to GAAIC, which GAAIC accepted.

11. The parties litigated the matter up to and through an arbitration hearing on May 7, 2018.

12. At the conclusion of the hearing, Rousseau was awarded $1,088,072.47 in damages against Greenheart.

13. Greenheart demand that GAAIC indemnify it pursuant to the policy and pay the award and GAAIC refused.

14. GAAIC alleges that it provided a defense under a reservation of rights and was disputing whether the award, in whole or in part, was covered under the policy.

15. Greenheart advised GAAIC that it had not properly, fairly and timely provided a reservation of rights.

16. GAAIC submitted a written reservation of rights with relevant information on May 3, 2018, just (2) two business days before the arbitration hearing.

17. GAAIC was advised the reservation was untimely and GAAIC was estopped to deny coverage or depute coverage.

18. GAAIC disregarded Greenhearts position and refused to indemnify.

19. Greenheart also advised GAAIC that the award was a covered damage resulting from a covered claim.

20. GAAIC ignored Greenhearts position and refused to indemnify.

## COUNT ONE

### (Breach of Contract)

21. Plaintiffs incorporate the allegations contained within the previous paragraphs as if fully set forth herein.

22. GAAIC has a contractual duty to properly adjust all claims and indemnify Greenheart for all coveraged claims.

23. GAAIC breached the contract by failing to properly adjust all claims and indemnify Greenheart.

24. GAAIC's breached of the contract resulted in Greenheart being damaged and subect to significant financial harm.

25. GAAIC, as a result of the breach of contract, must indemnify Greenheart for the full amount of the award and judgment.

26. Greenheart is entitled to attorney's fees pursuant to A.R.S. 12-341.01 and costs.

## COUNT ONE

### (Breach of the Duty of Good Faith and Fair Dealing)

27. Plaintiffs incorporate the allegations contained within the previous paragaphs as if fully set forth herein.

28. GAAIC had a duty of good faith and fair dealing.

29. GAAIC breached the futy of good faith and fair dealing by failing to give equal consideration to Greenheart by offering to indemnify Greenheart, asserting an untimely and improper reservation of rights and failing to meaningfully and timely communicate with Greenheart.

30. As a result of the breach, Greenheart was harmed.

31. Greenheart is entitled to damage for the harm caused by GAAIC's breach of the duty of good faith and fair dealing.

32. GAAIC's breach of the duty of good faith and fair dealing was knowing, willful, and for the purposes of benefitting GAAIC to the detriment of the insured.

33. GAAIC knowingly placed its interest ahead of the insured with full knowledge and intent that the insured would suffer severe financial harm.

34. Greenheart is entitled to punitive damages for GAAIC's knowing, willful conduct and to deter GAAIC from such conduct in the future.

WHEREFORE, Plaintiffs respectfully requests this Court to grant relief in Plaintiffs favor and against Defendants as follows:

    A. For damages in an amount to be determined at trial, including the full judgment entered against Greenheart;

    B. All damages as a result of the judgment;

    C. For punitive damages;

D. For all taxable costs incurred in the course of prosecuting this lawsuit;

E. For attorney's fees;

F. For post-judgment interest at the highest legal rate from the date of judgment until satisfaction of judgment is filed with this Court; and

G. For such other and further relief as this Court deems just and proper.

DATED this ___1st___ day of June, 2018.

RUDOLPH & HAMMOND, LLC

By_____
Kurt Hammond, Esq.

EXHIBIT B



**Great American Insurance Company**
PC Legal, 15th Floor
301 East 4th Street
Cincinnati, Ohio 45202-3180

(800) 545-4269
Fax: (513) 369-3655

## MEMORANDUM

| | |
|---|---|
| **FROM:** | PROPERTY AND CASUALTY LEGAL DEPT. |

**TO:**
☑ Agribusiness Claims
jwinford@galg.com

**RE:** *Summons & Complaint - Greenheart Farms, Inc. v. GAAL - Policy No. AGB 1280940*

**STATE:** Arizona

**THE ATTACHED WAS RECEIVED IN OUR OFFICE ON 06/12/2018 AND WAS SERVED BY:
Certified Mail (other than Insurance Department)**

The scanned document is being sent to you for handling.
✓ Original will be retained by BSS for 30 days.
___ Original will also be sent due to contents of package.

**Date:** June 12, 2018      **ID:**   Document Tracking #SC36530





JUN 0 1 2018

CHRIS DEROSE, CLERK
A. SUTTON
DEPUTY CLERK

| | |
|---|---|
| 1 | RUDOLPH & HAMMOND, LLC |
|   | Kurt Hammond, Esq. #012738 |
| 2 | 8689 E. San Alberto Dr. |
|   | Scottsdale, Arizona 85258 |
| 3 | (480) 951-9700 |
|   | kurt@rudolphhammond.com |
| 4 | Attorney for the Plaintiff |

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

GREENHEART FARMS, INC.

Plaintiff,

vs.

GREAT AMERICAN ALLIANCE INSURANCE COMPANY, and JOHN DOES I-X;

Defendants.

Case No: CV2018-004793

**CERTIFICATE RE: COMPULSORY ARBITRATION**

Pursuant to Rule 72(e)(1), Arizona Rules of Civil Procedure on Compulsory Arbitration, Plaintiffs, by and through undersigned counsel, certify that they know the dollar limits and any other limitations set forth by the local rules of practice for the applicable superior court, and further certify that this case **IS NOT** subject to compulsory arbitration, as provided by Rules 72 through 76 of the Arizona Rules of Civil Procedure.

DATED this ___1___ day of June, 2018.

RUDOLPH & HAMMOND, LLC

By_____
    Kurt Hammond, Esq.

|     |     |     |
| --- | --- | --- |
| 1   | **RUDOLPH & HAMMOND, LLC**<br>Kurt Hammond, Esq. #012738 |  |
| 2   | 8689 E. San Alberto Dr.<br>Scottsdale, Arizona 85258 | JUN 0 1 2018 |
| 3   | (480) 951-9700<br>kurt@rudolphhammond.com |  |
| 4   | Attorney for Plaintiff | |

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

### IN AND FOR THE COUNTY OF MARICOPA

| GREENHEART FARMS, INC. | Case No.: CV2018-004793 |
| --- | --- |
| Plaintiff, | **DEMAND FOR JURY TRIAL** |
| vs. | (Tort – Motor Vehicle) |
| GREAT AMERICAN ALLIANCE INSURANCE COMPANY, and JOHN DOES I-X; | |
| Defendants. | |

Plaintiffs, by and through counsel undersigned, and pursuant to Rule 38(b) of the Arizona Rules of Civil Procedure, hereby request a trial by jury of all issues triable of right by jury in the above-entitled action.

DATED this _1_ day of June, 2018.

RUDOLPH & HAMMOND, LLC

By_____
Kurt Hammond, Esq.



7018 0040 0000 7937 7740



ARIZONA DEPARTMENT OF INSURANCE
2910 North 44th Street, Suite 210
Phoenix, Arizona 85018-7269

15SB

GREAT AMERICAN ALLIANCE INS CO
EVE ROSEN
301 EAST FOURTH STREET
CINCINNATI, OH 45202-4201
CV2018-004793